**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
DEC 16 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| ROYE B. SAMPLE, JR., JOHN DAUGHERTY, BRIAN ADAIR, TOM QUINN and DONALD PAYTON, on Behalf of Themselves and all Others Similarly Situated, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:04-CV-1153-H |
| VS. | § § § | |
| FEDERAL RESERVE BANK OF DALLAS, | § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs and Defendant file this their Stipulation of Dismissal, and hereby dismiss the above-entitled action with prejudice. Accordingly, each of the parties to this lawsuit respectfully requests that the Court enter an Order dismissing the action with prejudice.

Respectfully submitted,

**RASANSKY LAW FIRM**

By: _____
Jeremi K. Young
State Bar No. 24013793
Jeffrey H. Rasansky
State Bar No. 16551150
Jessica M. Dean
State Bar No. 24040777

2525 McKinnon, Suite 725
Dallas, Texas 75201
(214) 651-6100 – Telephone
(214) 651-6150 – Facsimile

ATTORNEY FOR PLAINTIFFS

BAKER & McKENZIE LLP

By: _____
Ann Marie Painter
State Bar No. 00784715
Ronald E. Manthey
State Bar No. 12927400
Charlene H. Tsang-Kao
State Bar No. 24003089

2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 978-3000 – Telephone
(214) 978-3099 – Facsimile

ATTORNEYS FOR DEFENDANT