ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 17 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| ROYE B. SAMPLE, JR., JOHN DAUGHERTY, BRIAN ADAIR, TOM QUINN and DONALD PAYTON, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> VS. <br><br> FEDERAL RESERVE BANK OF DALLAS, <br><br> Defendant. | § § § § § § § § § § § § § § |

Civil Action No. 3:04-CV-1153-H

## ORDER ON STIPULATION OF DISMISSAL

On the __17__ day of __DEC.__, 2004, the Court considered the parties' Stipulation of Dismissal with Prejudice. After considering the Stipulation of Dismissal, the Court:

GRANTS the Stipulation of Dismissal and DISMISSES THE CASE WITH PREJUDICE.

SIGNED this __17__ day of __DEC.__, 2004.

_____
PRESIDING JUDGE

APPROVED & ENTRY REQUESTED:

_____
Jeremi K. Young
Jeffrey H. Rasansky
Jessica M. Dean

ATTORNEYS FOR PLAINTIFFS

ORDER ON STIPULATION OF DISMISSAL – Page 1
DALDMS/514289.1

*[signature]*

Ann Marie Painter
Ronald E. Manthey
Charlene H. Tsang-Kao

ATTORNEYS FOR DEFENDANT